June 21, 1984.

478 A.2d 104

Commonwealth v. Biggs, Appellant.

Submitted April 24, 1984. Patrick J. Flannery, Assistant Public Defender, for appellant; Robert J. Gillespie, Jr., District Attorney, for appellee.

Before McEWEN, BECK and CERCONE, JJ.

Judgment of sentence is affirmed.